IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00099-BNB

ART PRICE,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Art Price, is a prisoner in the custody of the Colorado Department of Corrections. Mr. Price initiated this action by filing *pro se* a complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1). On January 17, 2013, Magistrate Judge Boyd N. Boland entered an order directing Mr. Price to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland directed Mr. Price to file on the proper form a Prisoner Complaint and either to pay the $350.00 filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Price was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    On January 28, 2013, Mr. Price filed a motion seeking a change of venue (ECF No. 4), but he has failed to cure any of the deficiencies within the time allowed. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Price failed to cure the deficiencies as directed. It is

FURTHER ORDERED that the motion to change venue (ECF No. 4) is denied as moot. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  22nd  day of    February   , 2013.

BY THE COURT:

   s/Lewis T. Babcock    
LEWIS T. BABCOCK, Senior Judge  
United States District Court